## Commonwealth v. Jackson, Appellant.

Submitted June 10, 1969. *Mervyn R. Turk* and *R. Barclay Surrick,* Assistant Public Defenders, and *Charles J. Odgers, Jr.,* Public Defender, for appellant; *Ralph B. D'Iorio* and *Vram S. Nedurian, Jr.,* Assistant District Attorneys, *William R. Toal,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.